UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTION LIABILITY

MUTLIDISTRICT LITIGATION NO. 875

_____/

**FILED**

NOV - 2 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION AND REQUEST FOR AN ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED that Jeffrey Tew, Esq., of the Law Firm of Tew Cardenas LLP, appearing as counsel for Plaintiffs in all cases attached hereto shall withdraw as counsel for the all of the Plaintiffs listed in the cases attached hereto, and that Case Dam, Esq. of The Ferraro Law Firm, P.A., Suite 700, 4000 Ponce de Leon Blvd., Miami, FL 33146, shall be substituted as an attorney of record for all the Plaintiffs listed in the cases attached hereto. The Law Firm of Tew Cardenas will be removed from the mailing list and the CM/ECF and all future pleadings should be furnished via CM/ECF to Case Dam, Esq. at email cxd@ferrarolaw.com.

**TEW CARDENAS LLP**
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 536-1112
Facsimile:    (305) 536-1116

By: _____
Jeffrey Tew, Esq.
Florida Bar No. 121291

**THE FERRARO LAW FIRM, P.A.**
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL 33146
Telephone: 305-375-0111
Facsimile:  305-379-6222

By: _____
Case Dam, Esq.
Florida Bar No. 756091

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Jane E. Firestone, Deputy Clerk, Michael E. Kunz, Clerk of the Court, United States District Court, Eastern District of Pennsylvania, U. S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797 to be served by them via electronic mail to recipients registered with CM/ECF and via U.S. Mail on non-electronic mail recipients on the 7th day of October, 2009.

By: _____

529855.1